SENECA DISTRIBUTING COMPANY, Appellant, v. KATHLEEN FULTON, etc., Respondent, Impleaded with Others, Defendants.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that the finding that Fulton, in procuring his wife to execute the instrument in suit, acted as the agent of the plaintiff, is against the evidence; and that the finding that the wife did not understand the essential nature and effect of the instrument when she executed it is against the greater weight of the evidence. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

MARY L. STEVENSON, as Administratrix de Bonis Non, etc., of JAMES H. STEVENSON, Deceased, Respondent, v. NEW YORK AND LONG BRANCH RAILROAD COMPANY, Appellant, and Another, Defendant.— Judgment and order affirmed, with costs. No opinion. Thomas, Carr, Mills and Rich, JJ., concurred; Jenks, P. J., not voting.

ISAAC TERRELL, Appellant, v. THE NATIONAL ELECTRIC ENAMELING COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

FANNIE FISHMAN, Respondent, v. BARNET FISHMAN, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion granted, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

ETTA G. HINAMAN, as Administratrix, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of Proving the Last Will and Testament of MARTHA E. DURBAN, Deceased.— Motion to resettle order denied without prejudice to the future fixation of the guardian's allowance in the decree hereafter made by the surrogate. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of the Probate of a Paper Writing Purporting to Be the Last Will and Testament of WILLIAM GERNHARDT, Deceased.— The decision of this motion will be held until November 17, 1916, in order to enable the appellant to apply to the surrogate for permission to resign as executrix of the will of William Gernhardt, deceased, in which event the record of the acceptance of such resignation may be presented to this court on or before that date. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of the Petition of ROBERT L. HINES, to Render and Settle His Account as Administrator of MABEL E. JACKSON, Deceased.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

HARRY KATZENELENSON, an Infant, etc., Respondent, v. JULIUS BRODY, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion granted, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.